IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RECKO ELLIS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Officer PAM FLETCHER, | : | NO. 7:06-cv-129 (HL) |
| Defendant | : | **O R D E R** |

Plaintiff **RECKO ELLIS**, presently confined at the Lowndes County Jail in Valdosta, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 and accompanying motion to proceed *in forma pauperis*. The Court notes that plaintiff has not signed either the complaint or the IFP affidavit. Under Rule 11(a) of the Federal Rules of Civil Procedure, every pleading must be signed by the party. Accordingly the Clerk of the Court is hereby **DIRECTED** to return to plaintiff the signature page of each document for plaintiff to sign and date. Plaintiff shall have twenty (20) days from the date of his receipt of this order to return said information. Failure to comply with this order shall result in the dismissal of plaintiff's complaint.

There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 5th day of January, 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE