**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **RECKO M. ELLIS,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:06-CV-129 (HL) |
| | : | |
| **PAM FLETCHER,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 39) filed May 9, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 9th day of June, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**